# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Houle, Mark D. | U.S. Bankruptcy Court, Central District of California | 07/31/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
3420 Twelfth Street, Room 365
Riverside CA 92501-3819

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. Trustee | ▨ Trust dated as of December 7, 2005 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houle, Mark D. | 07/31/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | Oct 24-26, 2012 | San Diego, California | Annual Meeting | Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houle, Mark D. | 07/31/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houle, Mark D. | 07/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard US Value Index Fund (Rollover IRA #1) | B | Dividend | L | T | Buy | 02/23/12 | L | | |
| 2. Vanguard Int'l Stk Index Fund (Rollover IRA #1 | B | Dividend | L | T | Buy | 02/23/12 | L | | |
| 3. Vanguard Inflation Protected Sec. Fund (Rollover IRA #1) | B | Dividend | L | T | Buy | 02/23/12 | L | | |
| 4. Vanguard US Value Fund (401K) | A | Dividend | | | Sold | 02/23/12 | L | A | |
| 5. Vanguard Int'l Stk Index Fund (401K) | A | Dividend | | | Sold | 02/23/12 | L | A | |
| 6. Vanguard Inflation Protected Sec. Fund (401K) | A | Dividend | | | Sold | 02/23/12 | L | A | |
| 7. Wells Fargo Bank, N.A. savings checking accounts | A | Interest | J | T | | | | | |
| 8. Vanguard Total Stk Market Index Fund (Roth IRA #2) | B | Dividend | L | T | | | | | |
| 9. Vanguard Tax-Mngd Growth & Income Fund | B | Dividend | L | T | Sold (part) | 04/03/12 | J | B | |
| 10. Vanguard Tax-Mngd Small Cap Fund | A | Dividend | | | Sold (part) | 04/03/12 | J | B | |
| 11. | | | | | Sold | 07/16/12 | L | E | |
| 12. Vanguard Tax-Mngd Int'l Fund | A | Dividend | K | T | Sold (part) | 04/03/12 | J | A | |
| 13. | | | | | Sold (part) | 07/16/12 | L | A | |
| 14. | | | | | Sold (part) | 07/16/12 | K | A | |
| 15. Vanguard Stock Market Index | C | Dividend | M | T | Sold (part) | 04/03/12 | J | A | |
| 16. | | | | | Buy (add'l) | 12/04/12 | J | | |
| 17. Vanguard Cal. Tax-Exempt Money Market Fund | A | Dividend | J | T | Buy (add'l) | 07/16/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houle, Mark D. | 07/31/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/04/12 | J | | |
| 19. | | | | | Sold (part) | 12/04/12 | J | | |
| 20. Vanguard Small-Cap Value Index Fund (Roth IRA #3) | B | Dividend | L | T | | | | | |
| 21. Cal. Scholarshare 529 #1; age-based investment option | C | Dividend | L | T | Buy (add'l) | 02/10/12 | J | | |
| 22. | | | | | Buy (add'l) | 09/07/12 | L | | |
| 23. | | | | | Buy (add'l) | 12/27/12 | J | | |
| 24. Cal. Scholarshare 529 2; age-based investment | C | Dividend | L | T | Buy (add'l) | 02/10/12 | J | | |
| 25. | | | | | Buy (add'l) | 09/07/12 | L | | |
| 26. | | | | | Buy (add'l) | 12/27/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I.2

Note: The only asset of the ▮▮▮▮▮ Trust ▮▮▮▮▮▮▮▮▮▮▮ is not required to be reported pursuant to the filing instructions.

Part VII: All funds in reporting person's 401(K) listed in rows 4-6 (holding investments in Vanguard Inflation Protected Securities Fund, Vanguard US Value Fund Index Fund, and Vanguard Total International Stock Index Fund), were rolled over into reporting person's Rollover IRA # 1 on 2/23/12, listed in rows 1-3, and are invested in the same funds.

California Scholarshare, the administrator of 529 #1 and 529 #2 listed in rows 21 and 24, does not report dividends, only change in value. That is the amount listed in box 21C and 24C.

| Name of Person Reporting | Date of Report |
|---|---|
| Houle, Mark D. | 07/31/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Mark D. Houle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544